Seventy Seven Energy Inc.
Equity Holder List[1]

| Name/Participant Number | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALPINE SECURITIES CORP. (8072) | ATTN: JANET BRANDLER OR PROXY MGR | 440 EAST 400 SOUTH | | SALT LAKE CITY | UT | 84111 | |
| ALPINE SECURITIES CORPORATION (8072) | ATTN: CHANCE GROSKEUTZ OR PROXY MGR | 440 EAST 400 SOUTH | | SALT LAKE CITY | UT | 84111 | |
| AMALGAMATED BANK (2352) | ATTN: BOB WINTERS OR PROXY MGR | 275 7TH AVENUE | | NEW YORK | NY | 10001 | |
| AMERICAN ENTERPRISE (0216/0756/2146) | ATTN: PROXY MGR | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING: S6/2178 | MINNEAPOLIS | MN | 55474 | |
| AMERICAN NATIONAL BANK (2082) | ATTN: CARLA BATCHLER OR PROXY MGR | 3033 EAST FIRST | | DENVER | CO | 80206 | |
| AMERICAN NATIONAL BANK (2082) | ATTN: CARRIE VOLTZ OR PROXY MGR | 3033 EAST FIRST AVE | | DENVER | CO | 80206 | |
| APEX CLEARING CORPORATION (0158) | ATTN: SHERRY MUSMAR | 1700 PACIFIC AVENUE, SUITE 1400 | | DALLAS | TX | 75201 | |
| ASSOCIATED BANK GREEN BAY (2257) | ATTN: BETH CRAVILLION OR PROXY MGR | 2985 SOUTH RIDGE RD STE C | | GREEN BAY | WI | 54304 | |
| ASSOCIATED BANK GREEN BAY, NA (2257) | ATTN: SANDY LACY OR PROXY MGR | 2985 SOUTH RIDGE ROAD SUITE C | | GREEN BAY | WI | 54304 | |
| BAIRD & CO. INCORPORATED (0547) | ATTN: JANE ERBE OR PROXY MGR | 777 E. WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | |
| BANK OF AMERICA, NA/GWI M (0955) | ATTN: SHARON BROWN OR PROXY MGR | 1201 MAIN STREET | | DALLAS | TX | 75202 | |
| BARCLAYS CAPITAL (7256/0229/5101) | ATTN: CORPORATE ACTIONS | 400 JEFFERSON PARK 4TH FLOOR | | WHIPPANY | NJ | 07981 | |
| BB & T SECURITIES(0702) | ATTN: JESSE W SPROUSE OR PROXY DEPT. | 400 JEFFERSON PARK 4TH FLOOR | SUITE 200 | RICHMOND | VA | 23229 | |
| BB & T SECURITIES(0702) | ATTN: RICKY JACKSON OR PROXY DEPT. | CORPORATE ACTIONS | 8006 DISCOVERY DRIVE | RICHMOND | VA | 23229 | |
| BMO NESBITT BURNS INC. /CDS (5043) | ATTN: PHUTHORN PENIKETT/DINA FERNANDES | BMO FINANCIAL GROUP | 250 YONGE ST., 8TH FLOOR | TORONTO | ON | M5B 2M8 | CANADA |
| BNP PARIBAS PRIME BROKERAGE, INC. (2154) | ATTN: GENE BANFI OR PROXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNP PARIBAS, NEW YORK BRANCH (2147) | ATTN: GENE BANFI OR AARON COLIE PROXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310 | |
| BNY MELLON/ NEW ENGLAND (0954) | ATTN: BETH STIFFLER OR PROXY MGR | 525 WILLIAM PENN PLACE | SUITE 300 | PITTSBURGH | PA | 15259 | |
| BNY/WEALTH (8275) | ATTN: BETH COYLE OR PROXY MGR | TWO BNY MELLON CENTER | 525 WILLIAM PENN PL, STE 1215 | PITTSBURGH | PA | 15259 | |
| BONY/SPDR (2209) | ATTN: JENNIFER MAY | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | |
| BRANCH BANKING AND TRUST COMPANY (5385) | ATTN: TANJI BASS OR PROXY MGR | 223 W. NASH STREET 3RD FLOOR | | WILSON | NC | 27893 | |
| BROWN BROTHERS HARRIMAN & CO. (0010) | ATTN: PAUL NONNON OR PROXY MGR | 525 WASHINGTON BLVD. NEW PORT TOWERS | | JERSEY CITY | NJ | 07310-1607 | |
| BROWN BROTHERS HARRIMAN & CO./ETF (0109) | ATTN: SHELDON BROUTMAN OR PROXY MGR | 140 BROADWAY | | NEW YORK | NY | 10005 | |
| CAJA DE VALORES S.A. (5610) | ATTN: MELINA BOBBIO OR PROXY MGR | AVE 25 DE MAYO 362 | | BUENOS AIRES | | C1002ABH | ARGENTINA |
| CALDWELL SECURITIES LTD. /CDS (5013) | ATTN: STEVE CHRYSSANTHOPOULOS OR PROXY MGR | 150 KING STREET WEST SUITE 1710 | | TORONTO | ON | M5H 1J9 | CANADA |
| CALDWELL SECURITIES LTD.** (5013) | ATTN: KEVIN WEBBER OR PROXY MGR | 150 KING STREET WEST SUITE 1710 | | TORONTO | ON | M5H 1J9 | CANADA |
| CANACCORD FINANCIAL LTD.** (5046) | ATTN: AARON CAUGHLAN OR PROXY MGR | PACIFIC CENTER 2200-609 GRANVILLE STREET | | VANCOUVER | BC | V7Y 1H2 | CANADA |
| CANACCORD FINANCIAL LTD.** (5046) | ATTN: ALMA GOCA OR PROXY MGR | PACIFIC CENTER 2200-609 GRANVILLE STREET | | VANCOUVER | BC | V7Y 1H2 | CANADA |
| CANTOR FITZGERALD & CO. (0696) | ATTN: ISSUER SERVICES OR PROXY MGR | C/O ADP PROXY SERVICES 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| CDS CLEARING AND DEPOSITORY (5099) | ATTN: LORETTA VERELLI OR PROXY MGR | 600 BOUL.DE MAISONNEUVE QUEST BUREAU 210 | | MONTREAL | QC | H3A 3J2 | CANADA |
| CGM/SALOMON BROTHER (0274) | ATTN: PATRICIA HALLER OR PROXY MGR | 111 WALL ST. 4TH FLOOR | | NEW YORK | NY | 10005 | |
| CHARLES SCHWAB & CO., INC. (0164) | ATTN: JANA TONGSON OR PROXY MGR | 2423 EAST LINCOLN DRIVE PHXPEAK-01-1B571A | | PHOENIX | AZ | 85016 | |
| CIBC WORLD MARKETS INC./CDS (5030) | ATTN: HENRY H. LIANG | 22 FRONT ST. W | 7TH FLOOR | TORONTO | ON | M5J 2W5 | CANADA |
| CIBC WORLD MARKETS INC./CDS (5030) | ATTN: NICASTRO JERRY OR PROXY MGR | 161 BAY ST 10TH FL | | TORONTO | ON | M5J 258 | CANADA |
| CITADEL SECURITIES LLC (0395) | ATTN: MARCIA BANKS OR PROXY MGR | 131 SOUTH DEARBORN STREET | | CHICAGO | IL | 60603 | |
| CITIBANK, N.A. (0908) | ATTN: CAROLYN TREBUS OR PROXY MGR | 3800 CITIBANK CENTER B3-12 | | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS INC. (0418/0505) | ATTN: ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | |
| CLEARSTREAM BANKING AG (2000) | ATTN: CLAUDIA SCHEELE OR PROXY MGR | NEUE BORSESTRABE 1 | | FRANKFURT | GERMANY | 60487 | GERMANY |
| CLEARSTREAM BANKING AG (2000) | ATTN: JOCHEN RABE OR PROXY MGR | NAUE BOERSENSTR. | | FRANKFURT | GERMANY | 60487 | GERMANY |
| CLEARSTREAM BANKING AG (2000) | ATTN: RANIER NIELEBOCK OR PROXY MGR | NEUE BORSESTRABE 1 | | FRANKFURT | GERMANY | 60487 | GERMANY |
| COMERICA BANK (2108) | ATTN: LEWIS WISOTSKY OR PROXY MGR | 411 WEST LAFAYETTE MAIL CODE 3530 | | DETROIT | MI | 48226 | |
| COMMERCE BANK, N.A. (2170) | ATTN: CINDY LAWRENCE OR PROXY MGR | 922 WALNUT STREET | | KANSAS CITY | MO | 64106 | |
| COMMERZ MARKETS LLC (0126) | ATTN: ROBERT ORTEGA OR PROXY MGR | 225 LIBERTY STREET | | NEW YORK | NY | 10281 | |
| COR LLC (0052) | ATTN: AMBRA MOORE OR PROXY MGR | 1200 LANDMARK CTR STE 800 | | OMAHA | NE | 68102-1916 | |
| COUNTRY TRUST BANK (2561) | ATTN: PAM LITTLE OR PROXY MGR | 808 IAA DRIVE | | BLOOMINGTON | IL | 61702 | |
| CREDIT SUISSE SECURITIES (0355) | ATTN: ASHWINEE SAWH OR PROXY MGR | 11 MADISON AVENUE | 23RD FLOOR | NEW YORK | NY | 10010 | |
| CREST INTL NOMINEES LIMITED (2012) | ATTN: JASON MURKIN OR PROXY MGR | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | UNITED KINGDOM |
| CREST INTL NOMINEES LIMITED (2012) | ATTN: NATHAN ASHWORTH OR PROXY MGR | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | UNITED KINGDOM |
| D.A. DAVIDSON & CO. (0361) | ATTN: RITA LINSKEY OR PROXY MGR | 8 THIRD STREET NORTH | | GREAT FALLS | MT | 59403 | |
| DAVENPORT & COMPANY LLC (0715) | ATTN: KIM NIEDING OR PROXY MGR | 901 EAST CARY ST 11TH FLOOR | | RICHMOND | VA | 23219 | |
| DAVID LERNER ASSOCIATES, INC. (5144) | ATTN: GERHARDT FRANK OR PROXY MGR | 477 JERICHO TURNPIKE 25TH FLOOR | | SYOSSET | NY | 11791-9006 | |
| DAVID LERNER ASSOCIATES, INC. (5144) | ATTN: JOSEPH WEST OR PROXY MGR | 477 JERICHO TURNPIKE 25TH FLOOR | | SYOSSET | NY | 11791-9006 | |
| DESJARDINS SECURITIES INC.** (5028) | ATTN: REORG DEPT-MTL-1060-1ER-E | 1060 ROBERT-BOURASSA BLVD, SUITE 101 | | MONTREAL | QC | H3B 5L7 | CANADA |
| DEUTSCHE BANK SECS./CEDEAR (2690) | ATTN: PROXY DEPARTMENT | 5022 GATE PARKWAY | MAILSTOP – JCK01-0124 | JACKSONVILLE | FL | 32256 | |
| DEUTSCHE BANK SECURITIES, INC. (0573) | ATTN: MICHAEL GARDINER | 199 BAY STREET, SUITE 4700 | COMMERCE COURT | TORONTO | ON | M5L 1E9 | CANADA |
| DEUTSCHE BANK SECURITIES, INC. (0573) | ATTN: ASHLEY RICHEY OR PROXY MGR | 5022 GATE PARKWAY SUITE 100 | | JACKSONVILLE | FL | 32256 | |
| DUNDEE SECURITIES CORP/CDS** (5039) | ATTN: JASON YING | 1 ADELAIDE STREET EAST SUITE 2700 | | TORONTO | ON | M5C 2V9 | CANADA |
| DUNDEE SECURITIES CORPORATION/CDS-5039 | ATTN: KAREN WINDOVER OR PROXY MGR | 20 QUEEN ST WEST 4TH FLOOR | | TORONTO | ON | M5H 3R3 | CANADA |
| E- TRANSACTION CLEARING (0873) | ATTN: JANE BUHAIN OR PROXY MGR | 660 S. FIGUEROA STREET SUITE 1450 | | LOS ANGELES | CA | 90017 | |
| E*TRADE CLEARING LLC (0385) | ATTN: VICTOR LAU OR PROXY MGR | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07311 | |
| EDWARD D. JONES & CO. (0057) | ATTN: A.J. MAYTAS OR PROXY MGR | CORPORATE ACTIONS & DISTRIBUTION 12555 MANCHESTER ROAD | | ST. LOUIS | MO | 63141 | |
| EDWARD JONES/CDS** (5012) | ATTN:  KENNIQUE MEALS | CORP ACTION AND DISTRIBUTION | 12555 MANCHESTER ROAD | ST. LOUIS | MO | 63131 | |
| FIDELITY CLEARING CANADA (5040) | ATTN:  LINDA SARGEANT | BELL TRINITY SQUARE, SOUTH TOWER | 483 BAY STREET SUITE 200 | TORONTO | ON | M5G 2N7 | CANADA |
| FIDUCIE DESJARDINS INC.** (4818) | ATTN:  MARTINE SIOUI | A/S SERVICE DES TITRES | C.P. 34, SUCURSALE DESJARDINS | MONTREAL | QC | H5B 1E4 | CANADA |
| FIDUCIE DESJARDINS INC.** (4818) | ATTN: MARTINE SIOUI OR PROXY MGR | 1 COMPLEXE DESJARDINS SOUTH TOWER 2ND FL | | MONTREAL | QC | H5B 1E4 | CANADA |
| FIFTH THIRD BANK, THE (2116) | ATTN: CARRIE POTTER OR PROXY MGR | 5001 KINGSLEY DRIVE MAIL DROP 1M0B2D | | CINCINNATI | OH | 45227 | |
| FIRST CLEARING, LLC (0141) | ATTN: FINESSA ROSSON OR PROXY MGR | ONE NORTH JEFFERSON STREET 9-F | | ST. LOUIS | MO | 63103 | |
| FOLIO (FN) INVESTMENTS, INC. (0728) | ATTN: ASHLEY THEOBALD OR PROXY MGR | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | |

---

[1] The listed holders are record holders of Seventy Seven Energy Inc.'s common stock through the Depository Trust Company.  Such holders may be nominees that hold common stock on behalf of other beneficial holders that are not included on this list.

Seventy Seven Energy Inc.
Equity Holder List[1]

| Name/Participant Number | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| FORTIS CLEARING AMERICAS LLC (0695/0396) | ATTN: SUE NOWLICKI OR PROXY MGR | 175 W. JACKSON BLVD SUITE 400 | | CHICAGO | IL | 60605 | |
| GEORGE K. BAUM & COMPANY (0129) | ATTN: DONETTA BOYKINS OR PROXY MGR | 4801 MAIN STREET SUITE 500 | | KANSAS CITY | MO | 64112 | |
| GLENMEDE TRUST CO (2139) | ATTN: DARLENE WARREN OR PROXY MGR | ONE LIBERTY PLACE SUITE 1200 1650 MARKET STREET | | PHILADELPHIA | PA | 19103 | |
| GLENMEDE TRUST CO (2139) | ATTN: LINDA BELLICINI OR PROXY MGR | ONE LIBERTY PLACE, SUITE 1200 1650 MARKET STREET | | PHILADELPHIA | PA | 19103 | |
| GLOBAL SECS CORP/CDS** (5069) | ATTN: JOYA BABA OR PROXY MGR | 3 BENTALL CENTRE 595 BURRARD STREET, 11TH Fl | | VANCOUVER | BC | V7X 1H3 | CANADA |
| GLOBAL SECURITIES CORP. | ATTN:  MAYUMI TAKANO | 595 BURRARD STREET | 11TH FLOOR,THREE BENTALL CENTRE | VANCOUVER | BC | V7X 1C4 | CANADA |
| GMP SECURITIES L.P.** (5016) | ATTN: MARINO MEGGETTO | 145 KING STREET WEST | SUITE 300 | TORONTO | ON | M5H 1J8 | CANADA |
| GMP SECURITIES L.P.** (5016) | ATTN: TERRY YOUNG OR PROXY MGR | 145 KING STREET WEST SUITE 1100 | | TORONTO | ON | M5H 1J8 | CANADA |
| GOLDMAN SACHS INTERNATIONAL (5208/0005) | ATTN: DEVIN GEIMAN OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302 | |
| HAYWOOD SECURITIES, INC. /CDS (5058) | ATTN:  ANNA MADILAO | 400 BURRARD STREET | 20TH FLOOR - COMMERCE PLACE | VANCOUVER | BC | V6C 3A6 | CANADA |
| HAYWOOD SECURITIES, INC. /CDS (5058) | ATTN: TARYN GILLARD OR PROXY MGR | WATERFRONT CENTER SUITE 700 | 200 BURRARD ST | VANCOUVER | BC | V6C 3L6 | CANADA |
| HSBC BANK , N.A.-IPB (2122) | ATTN: ED FREITAS OR PROXY MGR | 452 5TH AVENUE 2ND FLOOR | | NEW YORK | NY | 10018 | |
| HUNTINGTON NATIONAL BANK (2305) | ATTN: ALLAN BURKHART OR PROXY MGR | 7 EASTON OVAL - EA4 E78 | | COLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK (2305) | ATTN: BEVERLY REYNOLDS OR PROXY MGR | 7 EASTON OVAL - EA4 E78 | | COLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK (2305) | ATTN: RITA BOLTON OR PROXY MGR | 7 EASTON OVAL - EA4 E78 | | COLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK (2305) | ATTN: TAMMY MOWREY OR PROXY MGR | 7 EASTON OVAL - EA4 E78 | | COLUMBUS | OH | 43219 | |
| HUNTINGTON NATIONAL BANK (2305) | ATTN: TINA MOX OR PROXY MGR | 7 EASTON OVAL - EA4 E78 | | COLUMBUS | OH | 43219 | |
| INGALLS & SNYDER, L.L.C. (0124) | ATTN: LES BIANCO OR PROXY MGR | 1325 AVENUE OF THE AMERICAS 18TH FLOOR | | NEW YORK | NY | 10019 | |
| INTERACTIVE BROKERS (0017/0534) | ATTN: CARLA GOOLEY OR PROXY MGR | 1 PICKWICK PLAZA | | GREENWICH | CT | 06830 | |
| J.J.B. HILLIARD, W.L. LYONS, LLC (0768) | ATTN: FRANCES COLEMAN OR PROXY MGR | 500 WEST JEFFERSON ST. 6TH FLOOR | | LOUISVILLE | KY | 40202 | |
| J.P. MORGAN CLEARING CORP. (0352) | ATTN: BRODERICK WALKER OR PROXY MGR | DEPT. C, CASHIERS DEPARTMENT ONE METROTECH | CENTER NORTH REORG DEPT 4TH FLOOR | BROOKLYN | NY | 11201-3862 | |
| JAMES I. BLACK & COMPANY (7031) | ATTN: KATHY BIRD OR PROXY MGR | 311 SOUTH FLORIDA AVENUE | | LAKELAND | FL | 33801 | |
| JANNEY MONTGOMERY SCOTT INC. (0374) | ATTN: BOB MARTIN OR PROXY MGR | 1801 MARKET STREET 9TH FLOOR | | PHILADELPHIA | PA | 19103-1675 | |
| JEFFERIES & COMPANY, INC. (0019) | ATTN: RAY DESOUZA OR PROXY MGR | HARBORSIDE FINANCIAL CENTER 705 PLAZA 3 | | JERSEY CITY | NJ | 07311 | |
| JPMORGAN CHASE BANK, NA (0902) | ATTN: JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY | 12TH FLOOR | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK/IA (2357) | ATTN: SUSHIL PATEL OR PROXY MGR | 14201 DALLAS PARKWAY SUITE 121 | | DALLAS | TX | 75254 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: ADAM BORYENACE OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KEYBANK NATIONAL ASSOCIATION (2205) | ATTN: KAREN BEDNARSKI OR PROXY MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | |
| KNIGHT CLEARING SERVICES LLC (0295) | ATTN: JANICA BRINK OR PROXY MGR | 545 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| LEK SECURITIES CORPORATION (0512) | ATTN: DANIEL HANUKA OR PROXY MGR | 1 LIBERTY PLAZA 52ND FLOOR | | NEW YORK | NY | 10006 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: CORPORATE ACTIONS | 4707 EXECUTIVE DRIVE | | SAN DIEGO | CA | 92121 | |
| LPL FINANCIAL CORPORATION (0075) | ATTN: MARTHA LANG | 4828 PARKWAY PLAZA BLVD | | CHARLOTTE | NC | 28217 | |
| MACKIE RESEARCH (5029) | ATTN: TONY RODRIGUES OR PROXY MGR | 199 BAY STREET COMMERCE COURT WEST, SUITE 4600 | | TORONTO | ON | M5L 1G2 | CANADA |
| MANUFACTURERS AND TRADERS (0990) | ATTN: DON SCHMIDT OR PROXY MGR | ONE M&T PLAZA 8TH FLOOR | | BUFFALO | NY | 14240 | |
| MANULIFE SECURITIES /CDS (5047) | ATTN: JOSEPH CHAU OR PROXY MGR | 85 RICHMOND STREET WEST | | TORONTO | ON | M5H 2C9 | CANADA |
| MANULIFE SECURITIES INC /CDS (5047) | ATTN:  BARBARA MORGAN | 1375 KERNS ROAD | | BURLINGTON | ON | L7R 0A8 | CANADA |
| MARSCO INVESTMENT CORPORATION (0287) | ATTN: KAREN JACOBSEN OR PROXY MGR | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | |
| MERRILL LYNCH (5198/0161) | ATTN: EARL WEEKS OR PROXY MGR | 4804 DEER LAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: JONATHAN GOLDMAN OR PROXY MGR | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: KENNETH EWING OR PROXY MGR | 1300 THAMES STREET WHARF 7TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO LLC. (0050) | ATTN: RAQUEL DEL MONTE OR PROXY MGR | ONE NEW YORK PLAZA 7TH FLOOR | | NEW YORK | NY | 10004 | |
| MORGAN STANLEY & CO. INC. /INTL (7309) | ATTN: DAN SPADACCINI OR PROXY MGR | 901 SOUTH BOND ST 6TH FL | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO./INTL PLC (7309) | ATTN: BRIAN O'DOWD OR PROXY MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY & CO./INTL PLC (7309) | ATTN: GREGORY CONTALDI OR PROXY MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | |
| MORGAN STANLEY SMITH BARNEY LLC (0015) | ATTN: JOHN BARRY OR PROXY MGR | 1300 THAMES STREET WHARF | | BALTIMORE | MD | 21231 | |
| NATIONAL FINANCIAL SERVICES LLC (0226) | ATTN: SEAN COLE OR PROXY MGR | 499 WASHINGTON BLVD. | | JERSEY CITY | NJ | 07310 | |
| NBCN INC. /CDS (5008) | ATTN: GESTION DE l'INFORMATION  – TR: 5609-1 | 1010 RUE DE LA GAUCHETIERE OUEST.  17e étage | | MONTREAL | QC | H3B 5J2 | CANADA |
| NOMURA SECURITIES (0180/7507/7584) | ATTN: HERNAN SANCHEZ OR PROXY MGR | 309 WEST 49TH STREET | WORLDWIDE PLAZA 10TH FLOOR | NEW YORK | NY | 10019 | |
| NORTHERN TRUST COMPANY, THE (2669) | ATTN: ROBERT VALENTIN OR PROXY MGR | 801 S. CANAL STREET | REORG DEPT, FLOOR C1N | CHICAGO | IL | 60607 | |
| ODLUM BROWN LIMITED/CDS** (5074) | ATTN:  CHRISTINE MARKOTA | 250 HOWE STREET | SUITE 1100 | VANCOUVER | BC | V6C 3S9 | CANADA |
| ODLUM BROWN LIMITED/CDS** (5074) | ATTN: RON RAK OR PROXY MGR | 250 HOWE STREET SUITE 1100 | | VANCOUVER | BC | V6C 3T4 | CANADA |
| OPPENHEIMER & CO. INC. (0571/0303) | ATTN: OSCAR NAZARIO OR PROXY MGR | 85 BROAD STREET, 4TH FL | | NEW YORK | NY | 10004 | |
| OPTIONSXPRESS, INC. (0338) | ATTN: TAWANDA BLACKMON OR PROXY MGR | 150 S. Wacker Dr 12th  Fl | | CHICAGO | IL | 60606 | |
| PERSHING LLC (0443) | ATTN: AL HERNANDEZ OR PROXY MGR | SECURITIES CORPORATION 1 PERSHING PLAZA 7TH FLOOR -REORG. | | JERSEY CITY | NJ | 07399 | |
| PI FINANCIAL CORP./CDS** (5075) | ATTN:  LAURA BLISS | 666 BURRARD ST. | SUITE 1900 | VANCOUVER | BC | V6C 3N1 | CANADA |
| PI FINANCIAL CORP./CDS** (5075) | ATTN: ROB MCNEIL OR PROXY MGR | 666 BURRARD STREET SUITE 1900 | | VANCOUVER | BC | V6C 2G3 | CANADA |
| PIPER JAFFRAY & CO. (0311) | ATTN: ANNA HERNANDEZ OR PROXY MGR | 800 NICOLLET MALL M/C J10SOPS | | MINNEAPOLIS | MN | 55402 | |
| PNC BANK, NATIONAL ASSOCIATION (2616) | ATTN: EILEEN BLAKE OR PROXY MGR | 8800 TINICUM BLVDT MS F6-F266-02-2 | | PHILADELPHIA | PA | 19153 | |
| PRIMEVEST (0701) | ATTN: ANGELA HANDELAND OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST. | | CLOUD | MN | 56301 | |
| PRIMEVEST (0701) | ATTN: MARK SCHOUVILLER OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST. | | CLOUD | MN | 56301 | |
| QTRADE SECURITIES INC./CDS** (5009) | ATTN: JOSEPH CHAU OR PROXY MGR | SUITE 1920 ONE BENTALL CENTRE 505 BURRARD STREET | | VANCOUVER | BC | V7X 1M6 | CANADA |
| RAYMOND JAMES & ASSOCIATES, INC. (0725) | ATTN: ROBERTA GREEN OR PROXY MGR | 880 CARILION PARKWAY TOWER 2, 4TH FLOOR | | ST. PETERSBURG | FL | 33716 | |
| RAYMOND JAMES ASSOCIATES, INC. (5179) | ATTN: DEMERTUS BYRD OR PROXY MGR | P.O. BOX 14407 | | ST. PETERSBURG | FL | 33733 | |
| RAYMOND JAMES LTD./CDS** (5076) | ATTN:  GINA HAYDEN | 925 GEORGIA STREET | SUITE 2200 | VANCOUVER | BC | V6C 3L2 | CANADA |
| RBC CAPITAL MARKETS CORPORATION (0235) | ATTN: STEVE SCHAFER OR PROXY MGR | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | |
| RBC DOMINION /CDS (5002) | ATTN: SHAREHOLDER SERVICES | 180 WELLINGTON ST W, 9TH FLOOR | | TORONTO | ON | M5J 0C2 | CANADA |
| RBC INVESTOR SERVICES (0901) | ATTN: EMMA SATTAR OR PROXY MGR | 155 WELLINGTON ST W, 3RD FLOOR | | TORONTO | ON | M5V 3L3 | CANADA |
| REGIONS BANK (0971) | ATTN: GREGORY RUSS OR PROXY MGR | 250 RIVERCHASE PARKWAY EAST | | BIRMINGHAM | AL | 35244 | |

[1] The listed holders are record holders of Seventy Seven Energy Inc.'s common stock through the Depository Trust Company.  Such holders may be nominees that hold common stock on behalf of other beneficial holders that are not included on this list.

Seventy Seven Energy Inc.
Equity Holder List[1]

| Name/Participant Number | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| RELIANCE TRUST COMPANY (5962) | ATTN: CORPORATE ACTIONS GROUP | 1100 ABERNATHY RD SUITE 400 | | ATLANTA | GA | 30328-5634 | |
| RIDGE CLEARING (0158) | ATTN: MATTHEW FREIFELD OR PROXY MGR | 1981 MARCUS AVENUE 1ST FLOOR | | LAKE SUCCESS | NY | 11042 | |
| SANFORD C. BERNSTEIN & CO., LLC (0013) | ATTN: RYAN CONNORS OR PROXY MGR | ONE NORTH LEXINGTON AVENUE | | WHITE PLAINS | NY | 10601-1785 | |
| SCOTIA CAPITAL INC. /CDS (5011) | ATTN: NORMITA RAMIREZ CORP ACTIONS DEPT | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | CANADA |
| SCOTIA/TAXABLE ACCO (4816) | ATTN: LETTY ECHEVARRIA OR PROXY MGR | 23RD FL, 40 KING STREET WEST SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CANADA |
| SCOTTRADE, INC. (0705) | ATTN: REORGANIZATION DEPARTMENT | 500 MARYVILLE UNIVERSITY DR. | | ST. LOUIS | MO | 63141 | |
| SEI PRIVATE TRUST COMPANY (2039/2663) | ATTN: MELVIN ALLISON OR PROXY MGR | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| SG AMERICAS SECURITIES, LLC (0286) | ATTN: CHARLES HUGHES OR PROXY MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | |
| SOUTHWEST SECURITIES, INC. (0279) | ATTN: CHRISTINA FINZEN OR PROXY MGR | 1201 ELM STREET SUITE 3700 | | DALLAS | TX | 75270 | |
| SSB - TRUST CUSTODY (2319) | ATTN: ED CHANEY OR PROXY MGR | 1200 CROWN COLONY DRIVE | | QUINCY | MA | 02169 | |
| SSB&T CO/CLIENT CUSTODY SERVICES (2678) | ATTN: MYRIAM PIERVIL OR PROXY MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171 | |
| SSB-TRUST CUSTODY (2319) | ATTN: MANNY PINA OR PROXY MGR | 1200 CROWN COLONY DRIVE | | QUINCY | MA | 02169 | |
| STATE STREET (0997) | ATTN: MIKE FEELEY/ROB RAY OR PROXY MGR | CORP ACTIONS - JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171 | |
| STATE STREET (2399) | ATTN: MARIA SASINOSKI OR PROXY MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | |
| STEPHENS INC. (0419) | ATTN: LINDA THOMPSON OR PROXY MGR | 111 CENTER STREET 4TH FLOOR | | LITTLE ROCK | AR | 72201-4402 | |
| STERNE, AGEE & LEACH, INC. (0750) | ATTN: REORGANIZATION OR PROXY MGR | 2 PERIMETER PARK SOUTH, STE 100 W | | BIRMINGHAM | AL | 35243 | |
| STERNE, AGEE & LEACH, INC. (0750) | ATTN: WENDY FLETCHER OR PROXY MGR | 813 SHADES CREEK PARKWAY SUITE 100-B | | BIRMINGHAM | AL | 35209 | |
| STIFEL, NICOLAUS & CO (0793) | ATTN: CHRIS WIEGAND OR PROXY MGR | 501 N. BROADWAY 7TH FL STOCK RECORD DEPT | | ST. LOUIS | MO | 63102 | |
| STOCKCROSS FINANCIAL (0445) | ATTN: ELEANOR PIMENTEL OR PROXY MGR | 77 SUMMER STREET 2ND FLOOR | | BOSTON | MA | 02210 | |
| SUMITOMO TRUST & BANKING (2779) | ATTN: BETH CUMMINGS OR PROXY MGR | 527 MADISON AVENUE | | NEW YORK | NY | 10022 | |
| SUMITOMO TRUST & BANKING (2779) | ATTN: BETH MUELLER OR PROXY MGR | 527 MADISON AVENUE | | NEW YORK | NY | 10022 | |
| TD AMERITRADE CLEARING, INC. (0188) | ATTN: GARY SWAIN OR PROXY MGR | 1005 AMERITRADE PLACE | | BELLEVUE | NE | 68005 | |
| TD WATERHOUSE CANADA INC. /CDS (5036) | ATTN: YOUSUF AHMED OR PROXY MGR | 77 BLOOR STREET 3RD FLOOR | | TORONTO | ON | M5S 1M2 | CANADA |
| TEXAS TREASURY SAFEKEEPING (2622) | ATTN: JANIE DOMINGUEZ OR PROXY MGR | 208 E. 10TH STREET ROOM 410 | | AUSTIN | TX | 78701 | |
| THE BANK OF NEW YORK MELLON (0901) | ATTN: BRIAN MARNELL OR PROXY MGR | 525 WILLIAM PENN PLACE | ROOM 0300 | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON (0901/2510) | ATTN: BRIAN MARNELL OR PROXY MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | |
| THE NORTHERN TRUST COMPANY (2669) | ATTN: ROBERT VALENTIN OR PROXY MGR | 801 S. CANAL STREET REORG DEPT. FLOOR C1N | | CHICAGO | IL | 60607 | |
| TRADESTATION (0271) | ATTN: RICK GORDON OR PROXY MGR | 8050 SW 10TH ST SUITE 2000 | | PLANTATION | FL | 33324 | |
| TRUSTMARK NATIONAL BANK (2852) | ATTN: JACK BALL OR PROXY MGR | 248 EAST CAPITOL ST ROOM 580 | | JACKSON | MS | 39201 | |
| U.S. BANCORP INVESTMENTS, INC. (0280) | ATTN: KATHY DABRUZZI OR PROXY MGR | 60 LIVINGSTON AVE EP-MN-WN2H | | ST. PAUL | MN | 55107-1419 | |
| U.S. BANK N.A. (2803) | ATTN: PAUL KUXHAUS OR PROXY MGR | 1555 N. RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | |
| UBS FINANCIAL SERVICES LLC (0221) | ATTN: JANE FLOOD OR PROXY MGR | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086 | |
| UMB BANK, NATIONAL ASSOCIATION (2450) | ATTN: KAREN BOUCHARD OR PROXY MGR | 928 GRAND BLVD MAILSTOP 1010404 | | KANSAS CITY | MO | 64106 | |
| UNION BANK & TRUST COMPANY (2067) | ATTN: PROXY MGR | 6811 SOUTH 27TH STREET | | LINCOLN | NE | 68512 | |
| UNION BANK & TRUST COMPANY (2067) | ATTN: TRUST OPS - SHERI ZIMMERMAN | 6811 SOUTH 27TH STREET | | LINCOLN | NE | 68512 | |
| US BANCORP INVESTMENTS, INC. (0280) | ATTN: TARA TUCHSCHERER OR PROXY MGR | 60 LIVINGSTON AVENUE EP-MN-WN2H | | ST. PAUL | MN | 55107-1419 | |
| VANGUARD (0062) | ATTN: CORPORATE ACTION | 14321 N. NORTHSIGHT BLVD | | SCOTTSDALE | AZ | 85260 | |
| VANGUARD MARKETING CORPORATION (0062) | ATTN: CORPORATE ACTIONS | 100 VANGUARD BOULEVARD | | MALVERN | PA | 19355 | |
| VISION FINANCIAL MARKETS LLC (0595) | ATTN: ANA MARTINEZ/MARVIN MONZON | 4 HIGH RIDGE PARK SUITE 100 | | STAMFORD | CT | 06905 | |
| WEDBUSH MORGAN SECURITIES, INC. (0103) | ATTN: ALAN FERREIRA OR PROXY MGR | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | |
| WELLS FARGO BANK, N.A. (2027) | ATTN: LAURA DAHLE OR PROXY MGR | 733 MARQUETTE AVENUE MAC N9306-057 5TH FLOOR | | MINNEAPOLIS | MN | 55479 | |
| WELLS FARGO BANK, N.A. (2027) | ATTN: NICHOLAS DOOLEY OR PROXY MGR | 733 MARQUETTE AVENUE MAC N9306-057 5TH FLOOR | | MINNEAPOLIS | MN | 55479 | |
| WELLS FARGO SECURITIES, LLC (0250) | ATTN: ROBERT MATERA OR PROXY MGR | CORP ACTIONS - NC0675 1525 WEST W.T. HARRIS BLVD, 1B1 | | CHARLOTTE | NC | 28262 | |
| WELLS FARGO SECURITIES, LLC (0250) | ATTN: SCOTT NELLIS OR PROXY MGR | CORP ACTIONS - MAC D109-010 1525 WEST W.T. HARRRIS BLVD, 1B1 | | CHARLOTTE | NC | 28262 | |
| WELLS FARGO SECURITIES, LLC (0250) | ATTN: STEVE TURNER OR PROXY MGR | CORP ACTIONS - NC0675 1525 WEST W.T. HARRIS BLVD, 1B1 | | CHARLOTTE | NC | 28262 | |
| WESBANCO BANK, INC. (2271) | ATTN: CAROLYN NELSON OR PROXY MGR | C/O TRUST OPERATIONS ONE BANK PLAZA | | WHEELING | WV | 26003 | |
| WESBANCO BANK, INC. (2271) | ATTN: CINDY BOWMAN OR PROXY MGR | C/O TRUST OPERATIONS ONE BANK PLAZA | | WHEELING | WV | 26003 | |
| WILSON-DAVIS & CO., INC. (0283) | ATTN: BILL WALKER OR PROXY MGR | 236 SOUTH MAIN STREET | | SALT LAKE CITY | UT | 84101 | |
| WILSON-DAVIS & CO., INC. (0283) | ATTN: JANET TAYLOR OR PROXY MGR | 236 SOUTH MAIN STREET | | SALT LAKE CITY | UT | 84101 | |
| ZIV INVESTMENT CO. (8082) | ATTN: JAMES GRIEGEL OR PROXY MGR | 141 W. JACKSON BLVD. | | CHICAGO | IL | 60604 | |

[1] The listed holders are record holders of Seventy Seven Energy Inc.'s common stock through the Depository Trust Company. Such holders may be nominees that hold common stock on behalf of other beneficial holders that are not included on this list.

**Fill in this information to identify the case and this filing:**

Debtor Name: Seventy Seven Finance, Inc., et al.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (if known): 16-11409 (LSS)

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Bankruptcy Rule 1007(a)(3) List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/21/2016            X  /s/ Cary Baetz
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        Cary Baetz
                                        Printed name

                                        Chief Financial Officer
                                        Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors