June 30, 2016

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Re: Seventy Seven Finance, Inc.
    Case # 16-11409 (LSS)

Dear United States Bankruptcy Court,

As a senior secured Creditor and legal Claim Holder, I strongly object to any settlement, prepackaged plan, or assignment as received on June 28, 2016, that will not make Creditors fully whole of principal and interest due to date. The Court should not allow the deceptive senior executives of Seventy Seven Finance Inc and their predecessor, Chesapeake Oilfield Operating, LLC, to disrespect and financially walk away from legal debt to Creditors such as myself, while these same deceitful senior executives and Board of Directors have made horrid business decisions, stripped the company of cash, value and retained earnings, and concurrently collected excessive salaries, stock options and bonuses.

A full and exhaustive Discovery should be made by the Court of all financial transactions *both publically and personally of all said Corporation senior* executives over the five (5) years preceding the June 7, 2016 date of the documented Seventy Seven Finance and Chesapeake Oilfield Operating executive's fraudulent attempt to hide in bankruptcy and run from legal debt.

Respectfully submitted,

Peter Spuler, Jr.
10800 Blackpowder Court
Fort Washington, Maryland 20744